PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: 510-970-4864
      Facsimile: (415) 744-0134
      E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NANCY MCCARTER,<br><br>      Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No.: 1:23-cv-01153-JLT-BAM<br><br>STIPULATION FOR AN EXTENSION OF TIME; [PROPOSED] ORDER |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended fourteen (14) days from February 28, 2024, up to and including March 14, 2024.  This is the parties' third stipulation for an extension of the Court's Scheduling Order, and Defendant's first extension.

    This is Defendant's first request for an extension, and it is made with good cause.  This case was recently reassigned to undersigned counsel for Defendant, along with another brief, both of which were due on February 28, 2024.  Moreover, counsel already has another brief due that day and approximately five briefs due by early March.  Thus, Defendant requires an

extension in this case, and may require extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  February 9, 2024        */s/  Jonathan Omar Pena\**
JONATHAN OMAR PENA
Attorney for Plaintiff
**as authorized via e-mail on February 9, 2024*

Dated: February 9, 2024        PHILLIP TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:    */s/  Mary Tsai*
MARY TSAI
Special Assistant U.S. Attorney

Attorneys for Defendant

# ORDER

Pursuant to the parties' stipulation and good cause appearing, IT IS SO ORDERED that Defendant shall have an extension, up to and including **March 14, 2024,** to respond to Plaintiff's motion for summary judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **February 12, 2024**         /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE