# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MCCARTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security[1],<br><br>    Defendant. | Case No.: 1:23-cv-01153 JLT BAM<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 24) |

Nancy McCarter and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $6,250.00 pursuant to the Equal Access to Justice Act and costs in the amount of $402.00 under 28 U.S.C. § 1920.  (Doc. 24 at 1-2.) Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $6,850.00 under 28 U.S.C. § 2412(d) and costs in the amount of $402.00 under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:  **December 12, 2024**

UNITED STATES DISTRICT JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Martin O'Malley as the defendant in this case.